## VIKING THEATRE CORP. *v.* PARAMOUNT FILM DISTRIBUTING CORP. ET AL.

No. 481.   Argued April 27, 1964.—Decided June 15, 1964.

Judgment affirmed by an equally divided Court.

*Edward Bennett Williams* argued the cause for petitioner.   With him on the briefs were *Harold Ungar* and *Henry W. Sawyer III.*

*Louis Nizer* and *Morris Wolf* argued the cause for respondents.   With *Mr. Nizer* on the brief for respondent Paramount Film Distributing Corp. et al. were *W. Bradley Ward* and *Louis J. Goffman.*   With *Mr. Wolf* on the brief for respondent Stanley Company of America et al. was *Franklin Poul. Ralph Earle II, Arthur Littleton, Frederick W. R. Pride* and *Charles F. Young* filed a brief for Twentieth Century-Fox Film Corp., et al., and *Edwin P. Rome* and *Morris L. Weisberg* filed a brief for William Goldman Theatres, Inc., respondents.

*Herman M. Levy* filed a brief for the Theatre Owners of America, Inc., et al., as *amici curiae,* urging affirmance.

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE DOUGLAS took no part in the decision of this case.